JUDGMENT
=====================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NO. 02-10640
CT/AG#: CR-02-00054-HG

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 12 2003

at 12 o'clock and 00 min. ✓ M.
WALTER A.Y.H. CHINN, CLERK

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOHN M. THARP

    Defendant - Appellant

------------------------

APPEAL FROM the United States District Court for the District of Hawaii (Honolulu).

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED.

Filed and entered      08/18/03.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 9 - 2003

by: [signature]
Deputy Clerk

**FILED**

AUG 1 8 2003

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 02-10640 |
|---|---|
| Plaintiff-Appellee, | D.C. No. CR-02-00054-HG |
| v. | |
| JOHN M. THARP, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
Helen Gillmor, District Judge, Presiding

Submitted August 11, 2003**

Before:    SCHROEDER, Chief Judge, HAWKINS and TASHIMA, Circuit Judges.

Appellant John M. Tharp appeals the order of restitution imposed by the district court following his guilty plea to being in possession of stolen mail, a violation of 18 U.S.C. § 1708. We have jurisdiction pursuant to 18 U.S.C.

---

\*    This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36-3.

\*\*    The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

§ 3742(a), and we affirm.

Tharp argues that the district court erred in its interpretation of 18 U.S.C. § 3663 by imposing restitution for losses sustained by the Bank of Hawaii ("BOH") when it honored forged checks negotiated by persons other than Tharp or his co-defendant Justin Knutson. We disagree.

Section 3663 provides that the district court may order restitution to any victim "directly and proximately harmed" as a result of the commission of the offense. 18 U.S.C. § 3663. Here, the district court was not unreasonable in concluding that the causal connection between Tharp's offense conduct and the BOH's loss was sufficiently strong both factually and temporally to warrant an order of restitution in favor of BOH. *See United States v. Gamma Tech Indus., Inc.*, 265 F.3d 917, 928 (9th Cir. 2001) ("Defendant's conduct need not be the sole cause of the loss, but any subsequent action that contributes to the loss, such as an intervening cause, must be directly related to the defendant's conduct. The causal chain may not extend so far, in terms of the facts or the time span, as to become unreasonable.").

We also conclude that the district court had sufficient information before it to assess Tharp's ability to pay restitution. *See United States v. Lawrence*, 189 F.3d 838, 848 (9th Cir. 1999) (noting that while the district court "is not required

to make an express finding, it is required to *consider* . . . information" regarding ability to pay) (emphasis in original).

**AFFIRMED.**

-3-



```
INTERNAL USE ONLY: Proceedings include all events.
02-10640 USA v. Tharp
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Tracy A. Hino<br>808/541-2850<br>Room 6100<br>[NTC]<br>USH - OFFICE OF THE U.S.<br>ATTORNEY<br>300 Ala Moana Bvld.<br>Honolulu, HI 96850<br><br>J. Michael Seabright, Esq.<br>Room 6-100<br>[COR LD NTC aus]<br>U.S. ATTORNEY'S OFFICE<br>300 Ala Moana Blvd.<br>Honolulu, HI 96850 |
| v. | |
| JOHN M. THARP<br>    Defendant - Appellant | Pamela J. Byrne<br>FAX 808/541-3808<br>808/541-2521<br>Ste 7104<br>[COR LD NTC afp]<br>PUBLIC DEFENDER'S OFFICE,<br>HAWAII<br>300 Ala Moana Blvd.<br>Honolulu, HI 96850 |